UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------X       Chapter    **11**
IN RE:    **Econocrafts Plus LLC**
                                                                            Case No.:

                              Debtor(s)                              STATEMENT PURSUANT TO LOCAL RULE 2017
-----------------------------------------------X

I, **Btzalel Hirschhorn**, an attorney admitted to practice in this Court, state:

1. That I am the attorney for the above-named debtor(s) and am fully familiar with the facts herein.

2. That prior to the filing of the petition herein, my firm rendered the following services to the above-named debtor(s):

| Date\Time | Services |
|---|---|
|  | Initial interview, analysis of financial condition, etc. |
|  | Preparation and review of Bankruptcy petition |

3. That my firm will also represent the debtor(s) at the first meeting of creditors.

4. That all services rendered prior to the filing of the petition herein were rendered by my firm.

5. That my usual rate of compensation of bankruptcy matters of this type is $ __**10,000.00**__ .

Dated: **November 18, 2024**

/s/ Btzalel Hirschhorn
**Btzalel Hirschhorn**
Attorney for debtor(s)
**Shiryak, Bowman, Anderson, Gill & Kadochnikov, LLP**
**80-02 Kew Gardens Road**
**Suite 600**
**Kew Gardens, NY 11415**
**718 -263-6800  Fax:718-520-9401**
**Bhirschhorn@sbagk.com**