UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK (BROOKLYN)

| | |
|---|---|
| In re:<br><br>ECONOCRAFTS PLUS, LLC<br><br>Debtor. | Chapter 11<br><br>Case No.: 24-44842<br><br>**PROPOSED ORDER** |

# ORDER GRANTING DEBTOR'S MOTION FOR AN ORDER SHORTENING NOTICE PERIOD FOR HEARING ON MOTION FOR CASH COLLATERAL

Upon the motion of Btzalel Hirschhorn, Esq., proposed counsel for the Debtor and Debtor in Possession, for entry of an Order under Rule 9006 of the Federal Rules of Bankruptcy Procedure, and Rule 9077-1 of the Local Rules of Bankruptcy Procedure:

a. Shortening the twenty-one day notice period for the Motion; and
b. Shortening applicable response deadlines; and
c. For such other and further relief as this Court deems just and proper;

and upon the affidavit of **Johnathan Czegledi**, annexed to the Debtor's motion; and this Court having jurisdiction to consider said motion and the relief requested therein; and consideration of said motion and the relief required being a core proceeding; and venue being properly before this Court; and it appearing that no other or further notice need be provided; and this Court having determined that relief requested in said motion being in the best interest of the estates, creditors, and all parties in interest; and this Court having determined that the legal and factual bases set forth in said motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefore;

**IT IS ORDERED:**

1. Debtor's Motion is granted.

2. The otherwise applicable notice period will be shortened under Bankruptcy Rule 9006(c)(1) as set forth herein.

3. The deadline for the services of the Debtor's Motion for Cash Collateral shall be _____, 2024. Service shall be by overnight mail and email where available.

4. The hearing to consider Debtor's Motion for Cash Collateral shall be held on _____, _____ at ____:____a.m./p.m. before the Honorable _____ of the United States Bankruptcy Court for the Eastern District of New York, Courtroom 3585, 271-C Cadman Plaza East, Brooklyn, NY 11201.

5. Any objections and other responses to the Hearing on the Motion for Cash Collateral shall be filed and served by email no later than five calendar days before the hearing date.

6. Any replies in support of the Hearing on Motion for Cash Collateral shall be filed and served by email no later than one calendar day before the hearing date.

7. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.