UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

In re

**Econocrafts Plus, LLC**,

                                                                  Case No. 24-44842
                                                                  Chapter 11

                            Debtor
-------------------------------------------------------------------x

## DECLARATION OF JONATHAN CZEGELDI IN SUPPORT OF DEBTOR'S MOTION FOR AUTHORIZATION OF THE USE OF CASH COLLATERAL

Jonathan Czegledi, being duly sworn, deposes and says:

    1.      I am the principal of Econocrafts, Plus, LLC, Debtor and Debtor-in-possession in the instant matter (the "**Debtor**"), and I submit this affidavit based off of my personal knowledge of the Debtor and in support of the Debtor's emergency application for authorization to use cash collateral.

    2.      The reason this application is being brought on an emergency basis is as follows:

    3.      I am the sole owner of the Debtor herein. The Debtor's business is primarily the marketing, distributing and selling crafts, supplies, toys & games, furniture and related items directly and indirectly on a wholesale and retail basis through its website and various partners websites and catalogues.

    4.      The cash generated by the business is critical for filling customer orders as well as for the purchase of new inventory to be able to gain more customers and expand and

grow the customer base. Without the use of cash collateral, the Debtor will not be able to meet its ordinary operating expenses. Use of cash collateral will ensure the preservation and value of the Estate.

5. Without this Court providing relief on a shortened period, the Debtor will be unable to operate. If the Court grants the requested relief it will avoid irreparable harm to the Debtor's estate that will otherwise result.

        Respectfully Submitted,

        /s/ Jonathan Czegledi
        By: Jonathan Czegledi
        Principal, Econocrafts, Plus, LLC

Dated: November 18, 2024