**EconoCrafts Plus LLC**
**13 Week Projections**

| Week Ending | 11/3/2024 Week 1 | 11/10/2024 Week 2 | 11/17/2024 Week 3 | 11/24/2024 Week 4 | 12/1/2024 Week 5 | 12/8/2024 Week 6 | 12/15/2024 Week 7 | 12/22/2024 Week 8 | 12/29/2024 Week 9 | 1/5/2025 Week 10 | 1/12/2025 Week 11 | 1/19/2025 Week 12 | 1/26/2025 Week 13 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Receipts** | | | | | | | | | | | | | | |
| AR Collections | 8,750.00 | 5,250.00 | 5,250.00 | 15,750.00 | 7,500.00 | 6,000.00 | 4,500.00 | 4,500.00 | 7,500.00 | 5,000.00 | 6,250.00 | 6,250.00 | 7,500.00 | 90,000.00 |
| Online Sales | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 1,300.00 |
| Rental Income | 2,014.00 | | | | | 2,014.00 | | | | 2,014.00 | | | | 6,042.00 |
| Mosholu | | 5,000.00 | | 5,000.00 | | 5,000.00 | | 5,000.00 | | 5,000.00 | | 5,000.00 | | 30,000.00 |
| Total Receipts | 10,864.00 | 10,350.00 | 5,350.00 | 20,850.00 | 7,600.00 | 13,114.00 | 4,600.00 | 9,600.00 | 7,600.00 | 12,114.00 | 6,350.00 | 11,350.00 | 7,600.00 | 127,342.00 |
| | | | | | | | | | | | | | | |
| **Disbursements** | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| Purchases | 5,487.00 | 3,317.00 | 3,317.00 | 9,827.00 | 4,712.00 | 3,782.00 | 2,852.00 | 2,852.00 | 4,712.00 | 3,162.00 | 3,937.00 | 3,937.00 | 4,712.00 | 56,606.00 |
| Payroll & Taxes (Officer Only) | 2,650.00 | | 2,650.00 | | 2,650.00 | | 2,650.00 | | 2,650.00 | | 2,650.00 | | 2,650.00 | 18,550.00 |
| Rent | | 6,852.05 | | | | 6,852.05 | | | | 6,852.05 | | | | 20,556.15 |
| Utilities | | 500.00 | | | | 500.00 | | | | 500.00 | | | | 1,500.00 |
| Insurance | | | | 120.86 | | | | 120.86 | | | | 120.86 | | 362.58 |
| Office Expenses | - | 274.59 | 24.95 | - | - | 274.59 | 24.95 | | | 274.59 | 24.95 | | | 898.62 |
| Bank & Processing Fees | | | 250.00 | | | | 250.00 | | | | 250.00 | | | 750.00 |
| Website | - | 137.99 | - | 155.20 | - | 137.99 | - | 155.20 | | 137.99 | | | | 724.37 |
| Marketing | | | 500.00 | | | | | 500.00 | | | | 500.00 | | 1,500.00 |
| Shipping Expenses | 351.63 | 351.63 | 351.63 | 351.63 | 351.63 | 489.77 | 489.77 | 489.77 | 489.77 | 420.70 | 420.70 | 420.70 | 420.70 | 5,400.00 |
| Sales Tax | 300.00 | | | | | 450.00 | | | | 450.00 | | | | 1,200.00 |
| Miscellaneous | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 3,250.00 |
| | | | | | | | | | | | | | | |
| **Total Disbursements** | 9,038.63 | 11,683.26 | 7,343.58 | 10,704.69 | 7,963.63 | 12,736.40 | 7,016.72 | 3,867.83 | 8,101.77 | 12,047.33 | 8,032.65 | 4,728.56 | 8,032.70 | 111,297.72 |
| | | | | | | | | | | | | | | |
| **Net Cash Flow** | 1,825.37 | (1,333.26) | (1,993.58) | 10,145.31 | (363.63) | 377.60 | (2,416.72) | 5,732.17 | (501.77) | 66.67 | (1,682.65) | 6,621.44 | (432.70) | 16,044.28 |
| **Beginning Cash** | 75,000.00 | 76,825.37 | 75,492.11 | 73,498.54 | 83,643.85 | 83,280.22 | 83,657.82 | 81,241.11 | 86,973.28 | 86,471.51 | 86,538.18 | 84,855.54 | 91,476.98 | 75,000.00 |
| **Ending Cash** | 76,825.37 | 75,492.11 | 73,498.54 | 83,643.85 | 83,280.22 | 83,657.82 | 81,241.11 | 86,973.28 | 86,471.51 | 86,538.18 | 84,855.54 | 91,476.98 | 91,044.28 | 91,044.28 |