UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:

ECONOCRAFTS PLUS, LLC

         Debtor.
------------------------------------------------------------X

Chapter 11
Case No.: 24-44842-ess

# ORDER SCHEDULING CONFERENCE ON MOTION FOR AN ORDER SHORTENING NOTICE PERIOD AND THE RELIEF REQUESTED THEREIN

  WHEREAS, on November 19, 2024, Econocrafts Plus, LLC (the "Debtor") filed a petition for relief under Subchapter V of Chapter 11 of the Bankruptcy Code; and

  WHEREAS, on November 19, 2024, the Debtor filed a Motion For An Order Shortening Notice Period Pursuant to Rule 9006 Of The Federal Rules Of Bankruptcy Procedure and Local Rule 9077-1 Of the Local Rules For The United States Bankruptcy Court For The Eastern District Of New York, For A Hearing On Debtor's Motion For An Order Authorizing The Debtor's Use of Cash Collateral (the "Motion") seeking the entry of an order scheduling on shortened notice a hearing pursuant to 11 U.S.C. §363 to authorize the Debtor's use of cash collateral.

  NOW, THEREFORE, it is hereby

  **ORDERED**, that the Court will hold an in person conference on the Debtor's Motion and the relief requested therein on November 26, 2024, at 3:00 p.m., before the Honorable Elizabeth S. Stong in Courtroom 3585, United States Bankruptcy Court, Eastern District of New York, 271-C Cadman Plaza East, Brooklyn, New York 11201; and it is further

**ORDERED**, that the Debtor is directed to serve a copy of this Order, and the Motion upon which it is based, by overnight mail or electronic mail (where overnight mail cannot be effectuated) to be received by November 22, 2024, at 10:00 a.m., upon (i) Econocrafts, LLC; (ii) Transportation Alliance Bank; (iii) CT Corporation System; (iv) Kapitus, LCC; (v) JPMorgan Chase Bank, N.A.; (vi) the Office of the United States Trustee; (vii) the Subchapter V Trustee; (viii) all parties who have filed notices of appearances; and (ix) all other parties entitled to receive notice; and it is further

**ORDERED**, that the Debtor is directed to file a certificate of service by November 22, 2024; and it is further

**ORDERED**, that objections, if any, may be stated at the November 26, 2024 conference, and a schedule for the filing of written opposition may be set at the November 26, 2024 conference; and it is further

**ORDERED, that this conference will be conducted in person. All participants, including attorneys, clients, and pro se parties, must register as follows:**

**Please register with eCourt Appearances at** https://www.nyeb.uscourts.gov/node/2126 **at least one business day before the scheduled conference. To register, please provide your name, address, e-mail address, telephone number to be used on the conference date, and if appropriate, the party that you represent.**

Additional information about eCourt Appearances, including a tutorial on how to use the program, is available at https://www.nyeb.uscourts.gov/registering-remote-hearing-appearance-using-ecourt-appearances.  In the event that you are not able to register online, you may call or email Judge Stong's courtroom deputy for instructions at (347) 394-1864, ess_hearings@nyeb.uscourts.gov,  at least two (2) business days prior to the hearing date.

Dated: Brooklyn, New York
November 21, 2024



_____
Elizabeth S. Stong
United States Bankruptcy Judge

TO:

**Econocrafts Plus LLC**
627 Avenue M
Brooklyn, NY 11230

**Btzalel Hirschhorn**
Shiryak, Bowman, Anderson, Gill & Kadochnikov, LLP
80-02 Kew Gardens Road, Suite 600
Kew Gardens, NY 11415
(718) 263-6800
Fax : 718-520-6401
Email: [Bhirschhorn@sbagk.com](mailto:Bhirschhorn@sbagk.com)

**Gerard R Luckman, Esq.**
Subchapter V Trustee
Forcelli Deegan Terrana, LLP
333 Earle Ovington Blvd., Suite 1010
Uniondale, NY 11553
516-812-6291

*U.S. Trustee*
**Office of the United States Trustee**
Eastern District of NY (Brooklyn)
Alexander Hamilton Custom House
One Bowling Green
Room 510
New York, NY 10004-1408
(212) 206-2580