# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: admin | Date Created: 11/21/2024 |
| Case: 1−24−44842−ess | Form ID: pdf000 | Total: 7 |

**Recipients of Notice of Electronic Filing:**
ust    Office of the United States Trustee    USTPRegion02.BR.ECF@usdoj.gov
aty    Btzalel Hirschhorn    Bhirschhorn@sbagk.com

    TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Econocrafts Plus LLC    627 Avenue M    Brooklyn, NY 11230
    Econocrafts Plus LLC    627 Avenue M    Brooklyn, NY 11230
    Btzalel Hirschhorn    Shiryak, Bowman, Anderson, Gill & Kadochnikov, LLP    80−02 Kew Gardens Road, Suite 600    Kew Gardens, NY 11415
    Gerard R Luckman, Esq.    Subchapter V Trustee    Forcelli Deegan Terrana, LLP    333 Earle Ovington Blvd., Suite 1010 Uniondale, NY 11553
    U.S. Trustee    Office of the United States Trustee    Eastern District of NY (Brooklyn)    Alexander Hamilton Custom House    One Bowling Green Room 510    New York, NY 10004−1408

    TOTAL: 5