United States Bankruptcy Court
Eastern District of New York

| | |
|---|---|
| In re: | Case No. 24-44842-ess |
| Econocrafts Plus LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0207-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 22, 2024 | Form ID: pdf000 | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 24, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| + | Btzalel Hirschhorn, Shiryak, Bowman, Anderson, Gill & Kadoch, 80-02 Kew Gardens Road, Suite 600, Kew Gardens, NY 11415-3606 |
| + | Econocrafts Plus LLC, 627 Avenue M, Brooklyn, NY 11230-5119 |
| + | Gerard R Luckman, Esq., Subchapter V Trustee, Forcelli Deegan Terrana, LLP, 333 Earle Ovington Blvd., Suite 1010, Uniondale, NY 11553-3645 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| + | Email/Text: ustpregion02.br.ecf@usdoj.gov | Nov 22 2024 18:16:00 | Office of the United States Trustee, Eastern District of NY (Brooklyn), Alexander Hamilton Custom House, One Bowling Green, Room 510, New York, NY 10004-1415 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2024           Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Btzalel Hirschhorn | on behalf of Debtor Econocrafts Plus LLC Bhirschhorn@sbagk.com manderson@sbagk.com;cpersaud@sbagk.com;DFernandez@sbagk.com;hirschhornbr66086@notify.bestcase.com |
| Gerard R Luckman, Esq. | |

District/off: 0207-1　　　　　　　　　　　　　　　User: admin　　　　　　　　　　　　　　　　　Page 2 of 2
Date Rcvd: Nov 22, 2024　　　　　　　　　　　　Form ID: pdf000　　　　　　　　　　　　　Total Noticed: 4

                gluckman@forchellilaw.com

Office of the United States Trustee
                USTPRegion02.BR.ECF@usdoj.gov

TOTAL: 3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

                                                    Chapter 11

ECONOCRAFTS PLUS, LLC                  Case No.: 24-44842-ess

                    Debtor.
-----------------------------------------------------------X

## CHAPTER 11 – SUBCHAPTER V
## ORDER SCHEDULING INITIAL CASE MANAGEMENT CONFERENCE

**WHEREAS**, Econocrafts Plus, LLC (the "Debtor") filed a voluntary petition for relief under Subchapter V of Chapter 11 of the Bankruptcy Code on November 19, 2024; and

**WHEREAS**, the Court has determined that an initial case management conference will aid in the efficient conduct and proper administration of the case; it is hereby

**ORDERED**, that the Court will hold an in person initial case management conference pursuant to Bankruptcy Code Section 1188 on January 9, 2025 at 10:30 a.m., before Hon. Elizabeth S. Stong, at the United States Bankruptcy Court for the Eastern District of New York, Courtroom 3585, 271-C Cadman Plaza East, Brooklyn, NY 11201, to further the expeditious and economical resolution of this case; and it is further

**ORDERED**, that the Debtor, the Debtor's counsel, and the Subchapter V Case Trustee are directed to appear at the initial case management conference; and it is further

**ORDERED**, that the Debtor, the Debtor's counsel, and the Subchapter V Case Trustee shall be prepared to address the following matters:

1. the nature of the Debtor's business and the reason for the Subchapter V Chapter 11 filing;
2. the Debtor's current financial condition, including post-petition operations and revenue;
3. any debtor-in-possession financing;
4. the use of cash collateral;

5. any significant motions which the Debtor anticipates bringing before the Court including, but not limited to, sale motions;
6. matters relating to the retention of professionals (including any brokers or appraisers);
7. the status of any litigation involving the Debtor;
8. the status of the Debtor's insurance;
9. the deadlines for the filing of claims and a plan and disclosure statement;
10. the use of alternative dispute resolution, if appropriate;
11. if this is an individual case, all issues unique to individual Chapter 11 cases;
12. the scheduling of additional Case Management Conferences; and
13. any other case administrative matters;

and it is further

**ORDERED**, that the Debtor, the Debtor's counsel, and the Subchapter V Case Trustee shall be prepared to address the following additional matters:

1. the Debtor's eligibility to be a debtor under Subchapter V of Chapter 11;
2. the nature of the Debtor's commercial or business activity and the reason for the Subchapter V Chapter 11 filing;
3. compliance with Bankruptcy Code Section 1116; and
4. compliance with Bankruptcy Code Section 308;

and it is further

**ORDERED**, that the Debtor shall file and serve on the Subchapter V Case Trustee, the United States Trustee, and all other parties in interest, a report setting forth "the efforts the debtor[s]…[have] undertaken and will undertake to attain a consensual plan of reorganization," as required by Bankruptcy Code Section 1188(c), by December 20, 2024; and it is further

**ORDERED**, that a schedule for regular case management conferences may be set at the January 9, 2025, initial case management conference; and it is further

**ORDERED, that this conference will be conducted in person. All participants, including attorneys, clients, and pro se parties, must register as follows:**

**Please register with eCourt Appearances at** https://www.nyeb.uscourts.gov/node/2126 **at least one business day before the scheduled conference.  To register, please provide your**

**name, address, e-mail address, telephone number to be used on the conference date, and if appropriate, the party that you represent.**

Dated: Brooklyn, New York
November 21, 2024



/s/ Elizabeth S. Stong
Elizabeth S. Stong
United States Bankruptcy Judge

TO:

**Econocrafts Plus LLC**
627 Avenue M
Brooklyn, NY 11230

**Btzalel Hirschhorn**
Shiryak, Bowman, Anderson, Gill &
Kadochnikov, LLP
80-02 Kew Gardens Road, Suite 600
Kew Gardens, NY 11415
(718) 263-6800
Fax : 718-520-6401
Email: Bhirschhorn@sbagk.com

*Trustee*
**Gerard R Luckman, Esq.**
Subchapter V Trustee
Forcelli Deegan Terrana, LLP
333 Earle Ovington Blvd., Suite 1010
Uniondale, NY 11553
516-812-6291

*U.S. Trustee*
**Office of the United States Trustee**
Eastern District of NY (Brooklyn)
Alexander Hamilton Custom House
One Bowling Green
Room 510
New York, NY 10004-1408
(212) 206-2580