United States Bankruptcy Court
Eastern District of New York

In re:  Case No. 24-44842-ess
Econocrafts Plus LLC  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0207-1     User: admin     Page 1 of 2
Date Rcvd: Nov 22, 2024     Form ID: pdfall     Total Noticed: 18

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 24, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Econocrafts Plus LLC, 627 Avenue M, Brooklyn, NY 11230-5119 |
| 10423857 | + | Anton Wercberger, Esq., 3611 14th Ave. Ste. 514, Brooklyn, NY 11218-3750 |
| 10423862 | + | Econocrafts LLC, 29-47 Riverside Avenue, Newark, NJ 07104-4238 |
| 10423864 | + | Jonathan M Czegledi, 627 Ave. M, Brooklyn, NY 11230-5119 |
| 10423870 | + | Transportation Allia Bank, 4185 Harrison Blvd, Ogden, UT 84403-2475 |
| 10423871 | + | U.S. SBA, SBA Disaster Loan Service, 2 N 20th St. Ste. 320, Birmingham, AL 35203-4002 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 10423856 | + | Email/PDF: bncnotices@becket-lee.com | Nov 22 2024 18:31:46 | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 10423858 | ^ | MEBN | Nov 22 2024 18:12:17 | Atlus Receivables Mgmt, 2121 Airline Drive, Ste. 520, Metairie, LA 70001-5987 |
| 10423859 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 22 2024 18:16:00 | Bank of America, PO Box 2759, Jacksonville, FL 32203-2759 |
| 10423863 | | Email/Text: collecadminbankruptcy@fnni.com | Nov 22 2024 18:16:00 | First National Bank Omaha, 1620 Dodge Street, Omaha, NE 68102 |
| 10423860 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 22 2024 18:18:42 | Chase, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850 |
| 10423861 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 22 2024 18:18:42 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 10423865 | + | Email/Text: bankruptcy@kapitus.com | Nov 22 2024 18:16:00 | Kapitus, 120 W 45th St, New York, NY 10036-4195 |
| 10423866 | + | Email/Text: sarah@nblawplc.com | Nov 22 2024 18:16:00 | Nhon H. Nguyen, Esq., 2201 Libbie Avenue, Richmond, VA 23230-2364 |
| 10423867 | | Email/Text: recovery@paypal.com | Nov 22 2024 18:16:00 | PayPal, PO Box 45950, Omaha, NE 68145-0950 |
| 10424771 | | Email/Text: thomas.riggleman@staples.com | Nov 22 2024 18:16:00 | Staples, Inc., PO Box 102419, Columbia, SC 29224 |
| 10423868 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 22 2024 18:18:37 | Synchrony Bank, 170 Election Drive, Ste. 125, Draper, UT 84020-6425 |
| 10423869 | + | Email/Text: litigation@brownandjoseph.com | Nov 22 2024 18:16:00 | The Leviton Law Firm, 1 Pierce Place, Ste. 725W, Itasca, IL 60143-1234 |

TOTAL: 12

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Btzalel Hirschhorn | on behalf of Debtor Econocrafts Plus LLC Bhirschhorn@sbagk.com manderson@sbagk.com;cpersaud@sbagk.com;DFernandez@sbagk.com;hirschhornbr66086@notify.bestcase.com |
| Gerard R Luckman, Esq. | gluckman@forchellilaw.com |
| Office of the United States Trustee | USTPRegion02.BR.ECF@usdoj.gov |

TOTAL: 3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

ECONOCRAFTS PLUS, LLC

                 Debtor.

-----------------------------------------------------------X

Chapter 11
Case No.: 24-44842-ess

## CHAPTER 11 – SUBCHAPTER V
## ORDER SETTING CLAIMS BAR DATE

**WHEREAS**, Econocrafts Plus, LLC (the "Debtor") filed a voluntary petition for relief under Subchapter V of Chapter 11 of the Bankruptcy Code on November 19, 2024; it is hereby

**ORDERED**, that all creditors other than governmental units shall file proof of their claim or interest no later than January 21, 2025; and it is further

**ORDERED,** that, pursuant to Bankruptcy Code Section 502(b)(9) and Bankruptcy Rule 3002(c)(1), governmental units shall file proof of their claim or interest no later than May 19, 2025.



Dated: Brooklyn, New York
November 21, 2024

_____
Elizabeth S. Stong
United States Bankruptcy Judge

TO:

**Econocrafts Plus LLC**
627 Avenue M
Brooklyn, NY 11230

**Btzalel Hirschhorn**
Shiryak, Bowman, Anderson, Gill &
Kadochnikov, LLP
80-02 Kew Gardens Road, Suite 600
Kew Gardens, NY 11415
(718) 263-6800
Fax : 718-520-6401
Email: Bhirschhorn@sbagk.com

*Trustee*
**Gerard R Luckman, Esq.**
Subchapter V Trustee
Forcelli Deegan Terrana, LLP
333 Earle Ovington Blvd., Suite 1010
Uniondale, NY 11553
516-812-6291

*U.S. Trustee*
**Office of the United States Trustee**
Eastern District of NY (Brooklyn)
Alexander Hamilton Custom House
One Bowling Green
Room 510
New York, NY 10004-1408
(212) 206-2580