**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
**(BROOKLYN)**

| | |
|---|---|
| In re: | Chapter 11 |
| ECONOCRAFTS PLUS, LLC | Case No.: 24-44842 |
| Debtor. | |

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

On 11/22/2024, I did cause a copy of the following document, described below.

ORDER SCHEDULING CONFERENCE ON MOTION FOR AN ORDER SHORTENING NOTICE PERIOD AND THE RELIEF REQUESTED THEREIN

Budget

ORDER GRANTING DEBTOR'S MOTION FOR AN ORDER SHORTENING NOTICE PERIOD FOR HEARING ON MOTION FOR CASH COLLATERAL

DECLARATION OF JONATHAN CZEGELDI IN SUPPORT OF DEBTOR'S MOTION FOR AUTHORIZATION OF THE USE OF CASH COLLATERAL

to be served for delivery by the Overnight mail via FedEx, and Express mail via USPS, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of Stretto, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/22/2024

*/s/ Btzalel Hirschhorn*
By: Btzalel Hirschhorn, Esq.
80 – 02 Kew Gardens Road, Suite 600
Kew Gardens, NY 11415
Tel: (718) 263-6800 | Fax: (718) 520-9401
Email: Bhirschhorn@sbagk.com

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
(BROOKLYN)**

| In re: | Chapter 11 |
|---|---|
| ECONOCRAFTS PLUS, LLC | Case No.: 24-44842 |
| Debtor. | |

**CERTIFICATE OF SERVICE DECLARATION OF MAILING**

On 11/22/2024, I did cause a copy of the following document, described below.

ORDER SCHEDULING CONFERENCE ON MOTION FOR AN ORDER SHORTENING NOTICE PERIOD AND THE RELIEF REQUESTED THEREIN

Budget

ORDER GRANTING DEBTOR'S MOTION FOR AN ORDER SHORTENING NOTICE PERIOD FOR HEARING ON MOTION FOR CASH COLLATERAL

DECLARATION OF JONATHAN CZEGELDI IN SUPPORT OF DEBTOR'S MOTION FOR AUTHORIZATION OF THE USE OF CASH COLLATERAL

were deposited for delivery by the Overnight mail via FedEx, and Express mail via USPS postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/22/2024

*Charles Wheeler*
Charles Wheeler
c/o Stretto
410 Exchange Ste 100
Irvine, CA 92602

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0207-1<br>Case 1-24-44842-ess<br>Eastern District of New York<br>Brooklyn<br>Thu Nov 21 12:57:57 EST 2024 | Econocrafts Plus LLC<br>627 Avenue M<br>Brooklyn, NY 11230-5119 | 1<br>271-C Cadman Plaza East, Suite 1595<br>Brooklyn, NY 11201-1800 |
| Amex<br>Po Box 297871<br>Fort Lauderdale, FL 33329-7871 | Anton Wercberger, Esq.<br>3611 14th Ave. Ste. 514<br>Brooklyn, NY 11218-3750 | Atlus Receivables Mgmt<br>2121 Airline Drive<br>Ste. 520<br>Metairie, LA 70001-5987 |
| Bank of America<br>PO Box 2759<br>Jacksonville, FL 32203-2759 | (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Econocrafts LLC<br>29-47 Riverside Avenue<br>Newark, NJ 07104-4238 |
| (p)FIRST NATIONAL BANK OF OMAHA<br>1620 DODGE ST<br>STOP CODE 3113<br>OMAHA NE 68102-1593 | Jonathan M Czegledi<br>627 Ave. M<br>Brooklyn, NY 11230-5119 | Kapitus<br>120 W 45th St<br>New York, NY 10036-4195 |
| Nhon H. Nguyen, Esq.<br>2201 Libbie Avenue<br>Richmond, VA 23230-2364 |  | PayPal<br>PO Box 45950<br>Omaha, NE 68145-0950 |
|  | Synchrony Bank<br>170 Election Drive<br>Ste. 125<br>Draper, UT 84020-6425 | The Leviton Law Firm<br>1 Pierce Place<br>Ste. 725W<br>Itasca, IL 60143-1234 |
| Transportation Allia Bank<br>4185 Harrison Blvd<br>Ogden, UT 84403-2475 | U.S. SBA<br>SBA Disaster Loan Service<br>2 N 20th St. Ste. 320<br>Birmingham, AL 35203-4002 |  |
| Gerard R Luckman Esq.<br>Subchapter V Trustee<br>Forcelli Deegan Terrana, LLP<br>333 Earle Ovington Blvd., Suite 1010<br>Uniondale, NY 11553-3645 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Chase<br>Attn: Bankruptcy<br>PO Box 15298<br>Wilmington, DE 19850 | (d)Chase Card<br>Po Box 15298<br>Wilmington, DE 19850 | First National Bank Omaha<br>1620 Dodge Street<br>Omaha, NE 68102 |

Staples, Inc.  
PO Box 102419  
Columbia, SC 29224

End of Label Matrix  
Mailable recipients   21  
Bypassed recipients    0  
Total                 21