**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------

**In re:**                                                                 Chapter 11

**ECONOCRAFTS PLUS, LLC**                          Case No. 1-24-44842-ess

**Debtor.**
-----------------------------------------------------------

## STATEMENT PURUSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURES 1007(a)(1) & E.D.N.Y L.B.R. 1073-3

I, Jonathan Czegledi, being duly sworn, depose and say:

1. I am the Managing Member of ECONOCRAFTS PLUS, LLC, Debtor-in-Possession in this case.

2. There are no corporations that directly or indirectly own 10% or more of any class of the Debtor's equity interest.

By: Jonathan Czegledi
Managing Member,
Econocrafts Plus, LLC

Sworn to before me this
26th day of November, 2024

_____
NOTARY PUBLIC

MICHAEL VARNER
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01VA6189338
QUALIFIED IN KINGS COUNTY
COMMISSION EXPIRES ~~JUNE 28, 20~~ Oct 28, 2028

1