UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------

| | |
|---|---|
| In re: | Chapter 11 |
| ECONOCRAFTS PLUS, LLC | Case No. 1-24-44842-ess |
| Debtor. | |

-----------------------------------------------------------

### STATEMENT PURSUANT TO LOCAL RULE 1074-1(c)

1. Johnathan Czegledi, being duly sworn, deposes and says:

2. I am the managing member of Econocrafts Plus, LLC, the Debtor herein.

3. I hereby attest that the filing of the above referenced Chapter 11 case has been duly authorized.

By: Johnathan Czegledi
Managing Member,
Econocrafts Plus, LLC

Sworn to before me this
26th day of November, 2024

_____
NOTARY PUBLIC

MICHAEL VARNER
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01VA6189338
QUALIFIED IN KINGS COUNTY
COMMISSION EXPIRES ~~JUNE 23, 20~~
Oct. 28, 2028.