## DECLARATION IN CONNECTION WITH TELEPHONIC 341 MEETING

### Pursuant to 28 U.S.C section 1746

1. I, **Btzalel Hirschhorn**, am counsel or proposed counsel to **Econocrafts Plus LLC** (the "Debtor"), debtor in Chapter 11 **Case No. 24-44842** (the "Bankruptcy Case") pending in the United States Bankruptcy Court for the Eastern District of New York.

2. I make this declaration for the purpose of enabling the United States Trustee to examine the duly authorized representative of the Debtor at the meetings of creditors convened by the United States Trustee, pursuant to Section 341 of the United States Bankruptcy Code, (the "Meetings of Creditors").

3. I understand that the Meetings of Creditors will be conducted by telephone.

4. The statements set forth herein are based upon my personal knowledge.

5. The Debtor's bankruptcy petition ("Petition") was filed on **November 19, 2024**.

6. The Debtor's schedules ("Schedules") and statements of financial affairs ("SOFA") have been filed in the Bankruptcy Case and appear on electronic case filing docket as **ECF Docket # 1**. I am the electronic filer of Petition, Schedules and SOFA.

7. The representative of the Debtor who signed the Petition, Schedules and SOFA and is authorized to testify under oath on behalf of the Debtor at the Meetings of Creditors is **Johnathan Czegledi** (the "Representative").

8. I personally witnessed the Representative sign the Petition, Schedules and SOFA.

9. I have fully informed Representative of the importance of testifying accurately, truthfully and completely at the Meetings of Creditors and that Representative on behalf of the Debtor will be examined by the United States Trustee at the Meetings of Creditors under oath and under the penalty of perjury.

10. I have reviewed this Declaration with Representative and have full authority to sign and deliver it to the United States Trustee.

11. I have possession of Representative`s original signatures on the Petition, Schedules and SOFA. The Petition, Schedules and SOFA filed on the electronic docket conform exactly to the Petition, Schedules and SOFA signed by Representative. I will maintain the original signatures of Representative in accordance with (i) the General Order on Electronic Filing Procedures of the United States Bankruptcy Court for the Eastern District of New York and (ii) Rule 5005-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Eastern District of New York.

*I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.*

Executed on: **November 26, 2024**

*/s/ Btzalel Hirschhorn /s/*
**Btzalel Hirschhorn, Esq.**