UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK (BROOKLYN)
------------------------------------------------------------------------X
In re:                                                                                                          Case No. 24-44842

                                                                                                           Chapter 11
ECONOCRAFTS PLUS LLC                                                          Subchapter V

                                                                                                    **NOTICE OF PRESENTMENT**
                          Debtor(s)
------------------------------------------------------------------------X

       **PLEASE TAKE NOTICE** that upon the annexed application of Econocrafts Plus LLC (the "Debtor"), and the attached Affidavit of Irv Schwarzbaum, the undersigned will present the attached proposed order to the Honorable Elizabeth S. Stong; United States Bankruptcy Judge, 271-C Cadman Plaza E, Brooklyn, NY 11201, Brooklyn NY, 11201 for signature on January 10, 2025.

       **PLEASE TAKE FURTHER NOTICE** that unless a written objection to the proposed order, with proof of service, is filed with the Clerk of the Court and a courtesy copy is delivered to (1) the Bankruptcy Judge's chambers, and (2) the undersigned by January 3, 2025, there will not be a hearing and the order may be signed.

       **PLEASE TAKE FURTHER NOTICE** that if a written objection is timely filed, the objecting parties shall appear January 10, 2025 at 10:30 a.m. for a hearing and argument on this motion, The Debtor and objecting parties are required to attend the hearing, and failure to attend in person or by counsel may result in relief being granted or denied upon default.

Dated: November 25, 2024
       Kew Gardens, NY

                                                      Yours etc.,

                                                      **SHIRYAK BOWMAN ANDERSON**
                                                      **GILL & KADOCHNIKOV, LLP**

                                                      /s/ *Btzalel Hirschhorn* /s/
                                                      By: Btzalel Hirschhorn, Esq.
                                                      *Attorney for the Debtor*
                                                      80-02 Kew Gardens Rd, Ste 600
                                                      Kew Gardens, NY 11415
                                                      Tel: (718) 263-6800
                                                      Fax: (718) 520-9401
                                                      Email: bhirschhorn@sbagk.com

**SHIRYAK BOWMAN ANDERSON GILL & KADOCHNIKOV, LLP**
Btzalel Hirschhorn, Esq.
80-02 Kew Gardens Rd, Ste 600
Kew Gardens, NY 11415
Tel: (718) 263-6800
Fax: (718) 520-9401
Email: bhirschhorn@sbagk.com

*Proposed Counsel to the Debtor*
*and Debtor-in-Possession*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK (BROOKLYN)
----------------------------------------------------------------------X
In Re:

ECONOCRAFTS PLUS LLC

                      Debtor.
----------------------------------------------------------------------X

Chapter 11
Subchapter V

Case No. 24-44842

**Hearing Date & Time:**

## **APPLICATION TO RETAIN VESTCORP LLC AS ACCOUNTANT TO THE DEBTOR**

TO: HONORABLE ELIZABETH S. STONG
UNITED STATES BANKRUPTCY COURT

      Econocrafts Pluys LLC ℅ Johnathan Czegledi, Debtor and Debtor in Possession,

(hereinafter "Debtor") represent:

      1.      The Debtor requests that this Court enter an order pursuant to 11 U.S.C. § 327, authorizing the Debtor to retain VESTCORP LLC (hereinafter, "Vestcorp"), as accountants to the Debtor in this case.

      2.      The Debtor commenced this bankruptcy case with the filing of a voluntary petition under Chapter 11, Subchapter V on November 19, 2024. [Dkt. No. 1].

      3.      The Debtor has continued in the possession of its property as debtor in possession, pursuant to 11 U.S.C. §§ 1108 and 1109.

4. No committee of unsecured creditors has been appointed in this case as of this date.

5. The Debtor desires to retain Vestcorp with offices at 623 Eagle Rock Avenue, Suite 364, West Orange, NJ 07052, as accountant to the Debtor. Vestcorp will bill the Debtor at its hourly rates as follows:

   a. Managing Director - $400.00 per hour
   b. Principal - $350.00 per hour
   c. Tax Accountant - $250.00 per hour
   d. Associate - $195.00 per hour

6. The Debtor proposes to have Johnathan Czegledi, who is the managing member of Debtor, to pay the fees to Vestcorp.

7. The Debtor believes that Vestcorp is well versed in the matters on which it is to be retained and is qualified to perform the services needed by the Debtor in this case, including the preparation of monthly operating reports and related financial disclosures.

8. The Debtor believes it is necessary to retain Vestcorp to render the following services:

   a. Gather and verify all pertinent information required to compile and prepare monthly operating reports;

   b. Prepare monthly operating reports for the debtor in this bankruptcy case;

   c. Prepare any necessary reports pursuant to Rule 2015.3 of the Federal Rules of Bankruptcy Procedure regarding non-debtor businesses;

   d. Prepare budgets, and financial disclosures;

   e. Assist the Debtor in administering this case;

   f. Render such additional services as the Debtor may require in this case.

8.  To the best of Debtor's knowledge, Vestcorp has no connection with the Debtor, the creditors or any other party in interest, or their respective attorneys.

9.  Applicant desires to employ Vestcorp to be billed on an hourly basis as stated above. Vestcorp has not received any money from or on behalf of the Debtor since the filing of this bankruptcy. Vestcorp will make interim and final applications to the bankruptcy court for compensation as detailed further in the annexed declaration of Irv Schwarzbaum.

10.  No prior application has been made for the relief sought herein.

**WHEREFORE,** the Debtor prays that it be authorized to employ and retain Vestcorp to represent it as accountant for the debtor-in-possession in this case under Chapter 11, Subchapter V of the Bankruptcy Code, and for such other and further relief as is just.

Dated: Kew Gardens, NY
       November 25, 2024

/s/ _____ /s/
By: Johnathan Czegledi
*Managing Member of*
*Econocrafts Plus LLC*
*Debtor*