UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK (BROOKLYN)
------------------------------------------------------------------------x
In Re:

Econocrafts Plus LLC

                      Debtor.

------------------------------------------------------------------------x

Case No. 24-44842

In Proceeding for
Chapter 11
Subchapter V

## ORDER AUTHORIZING EMPLOYMENT & RETENTION OF VESTCORP LLC AS ACCOUNTANT FOR THE DEBTOR

Upon the application (the "Application") of Econocrafts Plus LLC, the above-captioned debtor and debtor-in-possession (the "Debtor"), for entry an order, pursuant to § 327(a) of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2014 and 2016(b) of the Federal Rules of Bankruptcy Procedure, authorizing the employment of Vestcorp LLC (hereinafter "Vestcorp") as Accountant to the Debtor; and upon the statement, declaration or affidavit of Irv Schwarzbaum, CPA, which is annexed to the Application (the "Declaration"); and it appearing that Vestcorp is a "disinterested person" within the meaning of §§ 101(14) and 327 of the Bankruptcy Code and does not hold or represent any interest adverse to the Debtor's estate; and this Court having determined that employment of Vestcorp by the Debtor is in the best interests of the Debtor, its estate and its creditors; and adequate notice of the Application having been given; and after due deliberation and sufficient cause appearing therefor; it is hereby

**ORDERED**, that pursuant to § 327(a) of the Bankruptcy Code and Bankruptcy Rule 2014, the Debtor is authorized to employ Vestcorp as its accountant, effective as of November 19, 2024, and it is further

**ORDERED**, that Vestcorp shall seek compensation for its services and reimbursement of its expenses upon application to the Court, and upon notice and a hearing, pursuant to 11 U.S.C. §§ 330 and 331, Bankruptcy Rule 2016, E.D.N.Y.L.B.R.2016 and the Guidelines of the Office of

1

the United States Trustee; and it is further

**ORDERED**, that prior to any increases in Vestcorp's rates, Vestcorp shall file a supplemental affidavit with the Court and provide ten business days' notice to the Debtor, the United States Trustee and any official committee, which supplemental affidavit shall explain the basis for the requested rate increases in accordance with § 330(a)(3)(F) of the Bankruptcy Code and state whether the Debtor has consented to the rate increase. The United States Trustee retains all rights to object to any rate increase on all grounds including, but not limited to, the reasonableness standard provided for in § 330 of the Bankruptcy Code, and all rates and rate increases are subject to review by the Court; and it is further.

**ORDERED**, that, notwithstanding any provision to the contrary in the Application or the Declaration, the Court may retain jurisdiction to hear and to determine all matters arising from or related to implementation of this Order.

**NO OBJECTION:**
**Gerard R. Luckman, Esq.**
**UNITED STATES TRUSTEE, REGION [2]**

/s/ Btzalel Hirschhorn /s/
_____
By: Btzalel Hirschhorn, Esq.
80-02 Kew Gardens Rd, Ste 600
Kew Gardens, NY 11415
(716) 263-6800
bhirschhorn@sbagk.com

Dated: December 2, 2024
       Kew Gardens, NY