**UNITED STATES BANKRUPTCY COURT**
**Eastern District of New York**

In re:  
ECONOCRAFTS PLUS LLC

Case No. 24-44842

Chapter 11
Subchapter V

Debtor(s)

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

On 12/03/2024, I did cause a copy of the following document, described below.

NOTICE OF PRESENTMENT

APPLICATION TO RETAIN VESTCORP LLC AS ACCOUNTANT TO THE DEBTOR

AFFIDAVIT OF DISINTERESTDENSS OF IRV SCHWARZBAUM

ORDER AUTHORIZING EMPLOYMENT & RETENTION OF VESTCORP LLC AS ACCOUNTANT FOR THE DEBTOR

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of Stretto, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 12/03/2024

/s/ *Btzalel Hirschhorn*
By:  Btzalel Hirschhorn, Esq.
80 – 02 Kew Gardens Road, Suite 600
Kew Gardens, NY 11415
Tel: (718) 263-6800 | Fax: (718) 520-9401
Email: Bhirschhorn@sbagk.com

# UNITED STATES BANKRUPTCY COURT
## Eastern District of New York

In re:  
ECONOCRAFTS PLUS LLC

Case No. 24-44842

Chapter 11  
Subchapter V

Debtor(s)

## CERTIFICATE OF SERVICE DECLARATION OF MAILING

On 12/03/2024, I did cause a copy of the following document, described below.

NOTICE OF PRESENTMENT

APPLICATION TO RETAIN VESTCORP LLC AS ACCOUNTANT TO THE DEBTOR

AFFIDAVIT OF DISINTERESTDENSS OF IRV SCHWARZBAUM

ORDER AUTHORIZING EMPLOYMENT & RETENTION OF VESTCORP LLC AS ACCOUNTANT FOR THE DEBTOR

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/03/2024

*Charles Wheeler*  
Charles Wheeler  
c/o Stretto  
410 Exchange Ste 100  
Irvine, CA 92602

Exhibit

| Econocrafts Plus LLC | 627 Avenue M | Brooklyn, NY 11230-5119 | | | |
|---|---|---|---|---|---|
| 1 | 271-C Cadman Plaza East, Suite 1595 | Brooklyn, NY 11201-1800 | | | |
| Amex | Po Box 297871 | Fort Lauderdale, FL 33329-7871 | | | |
| Anton Wercberger, Esq. | 3611 14th Ave. Ste. 514 | Brooklyn, NY 11218-3750 | | | |
| Atlus Receivables Mgmt | 2121 Airline Drive | Ste. 520 | Metairie, LA 70001-5987 | | |
| Bank of America | PO Box 2759 | Jacksonville, FL 32203-2759 | | | |
| JPMORGAN CHASE BANK  N A | BANKRUPTCY MAIL INTAKE TEAM | 700 KANSAS LANE FLOOR 01 | MONROE LA 71203-4774 | | |
| Econocrafts LLC | 29-47 Riverside Avenue | Newark, NJ 07104-4238 | | | |
| FIRST NATIONAL BANK OF OMAHA | 1620 DODGE ST | STOP CODE 3113 | OMAHA NE 68102-1593 | | |
| Jonathan M Czegledi | 627 Ave. M | Brooklyn, NY 11230-5119 | | | |
| Kapitus | 120 W 45th St | New York, NY 10036-4195 | | | |
| Nhon H. Nguyen, Esq. | 2201 Libbie Avenue | Richmond, VA 23230-2364 | | | |
| Office of the United States Trustee | Eastern District of NY (Brooklyn) | Alexander Hamilton Custom House | One Bowling Green | Room 510 | New York, NY 10004-1415 |
| PayPal | PO Box 45950 | Omaha, NE 68145-0950 | | | |
| STAPLES BUSINESS ADVANTAGE THOMAS RIGGLEMAN | 7 TECHNOLOGY CIRCLE | COLUMBIA SC 29203-9591 | | | |
| Synchrony Bank | 170 Election Drive | Ste. 125 | Draper, UT 84020-6425 | | |
| The Leviton Law Firm | 1 Pierce Place | Ste. 725W | Itasca, IL 60143-1234 | | |
| Transportation Allia Bank | 4185 Harrison Blvd | Ogden, UT 84403-2475 | | | |
| U.S. SBA | SBA Disaster Loan Service | 2 N 20th St. Ste.  320 | Birmingham, AL 35203-4002 | | |
| Gerard R Luckman Esq. | Subchapter V Trustee | Forcelli Deegan Terrana, LLP | 333 Earle Ovington Blvd., Suite 1010 | Uniondale, NY 11553-3645 | |