9/16/2024

**EconoCrafts Plus LLC**
**13 Week Projections**

| Week Ending | 9/22/2024 Week 1 | 9/29/2024 Week 2 | 10/6/2024 Week 3 | 10/13/2024 Week 4 | 10/20/2024 Week 5 | 10/27/2024 Week 6 | 11/3/2024 Week 7 | 11/10/2024 Week 8 | 11/17/2024 Week 9 | 11/24/2024 Week 10 | 12/1/2024 Week 11 | 12/8/2024 Week 12 | 12/15/2024 Week 13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Receipts** | | | | | | | | | | | | | |
| Collections | 3,730.11 | 3,730.11 | 10,000.00 | 6,000.00 | 6,000.00 | 18,000.00 | 8,750.00 | 5,250.00 | 5,250.00 | 15,750.00 | 7,500.00 | 6,000.00 | 4,500.00 |
| Online Sales | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 |
| Rent | | | 421.00 | | | | 421.00 | | | | 421.00 | | |
| Mosholu | | | | | | 5,000.00 | | 5,000.00 | | 5,000.00 | | 5,000.00 | |
| Total Receipts | 3,830.11 | 3,830.11 | 10,521.00 | 6,100.00 | 6,100.00 | 23,100.00 | 9,271.00 | 10,350.00 | 5,350.00 | 20,850.00 | 8,021.00 | 11,100.00 | 4,600.00 |
| **Disbursements** | | | | | | | | | | | | | |
| Purchases | 2,374.67 | 2,374.67 | 6,262.00 | 3,782.00 | 3,782.00 | 11,222.00 | 5,487.00 | 3,317.00 | 3,317.00 | 9,827.00 | 4,712.00 | 3,782.00 | 2,852.00 |
| Payroll & Taxes (Officer Only) | 2,650.00 | | 2,650.00 | | 2,650.00 | | 2,650.00 | | 2,650.00 | | 2,650.00 | | 2,650.00 |
| Rent | | | 6,852.05 | | | | | | 6,852.05 | | | 6,852.05 | |
| Utilities | | | | | | | | | | | | | |
| Insurance | 120.86 | | | | 120.86 | | | | | 120.86 | | | |
| Office Expenses | - | - | 274.59 | 24.95 | - | - | - | 274.59 | 24.95 | - | - | 274.59 | 24.95 |
| Bank & Processing Fees | | | | 250.00 | | | | | 250.00 | | | | 250.00 |
| Website | 155.20 | - | 137.99 | - | 155.20 | - | - | 137.99 | - | 155.20 | - | 137.99 | - |
| Marketing | | | | 500.00 | | | | | 500.00 | | | | 500.00 |
| Shipping Expenses | 820.47 | 820.47 | 627.91 | 627.91 | 627.91 | 627.91 | 351.63 | 351.63 | 351.63 | 351.63 | 351.63 | 150.00 | 150.00 |
| Sales Tax | | | | | | | 300.00 | | | | | | |
| Miscellaneous | | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 |
| **Total Disbursements** | 6,121.19 | 3,445.13 | 17,054.54 | 5,434.86 | 7,585.97 | 12,099.91 | 9,038.63 | 11,183.26 | 7,343.58 | 10,704.69 | 7,963.63 | 11,446.63 | 6,676.95 |
| **Net Cash Flow** | (2,291.08) | 384.98 | (6,533.54) | 665.14 | (1,485.97) | 11,000.09 | 232.37 | (833.26) | (1,993.58) | 10,145.31 | 57.37 | (346.63) | (2,076.95) |
| **Beginning Cash** | 44,597.49 | 42,306.41 | 42,691.38 | 36,157.84 | 36,822.99 | 35,337.02 | 46,337.11 | 46,569.49 | 45,736.23 | 43,742.65 | 53,887.96 | 53,945.33 | 53,598.70 |
| **Ending Cash** | 42,306.41 | 42,691.38 | 36,157.84 | 36,822.99 | 35,337.02 | 46,337.11 | 46,569.49 | 45,736.23 | 43,742.65 | 53,887.96 | 53,945.33 | 53,598.70 | 51,521.75 |