**SHIRYAK BOWMAN ANDERSON GILL & KADOCHNIKOV, LLP**
Btzalel Hirschhorn, Esq.
80-02 Kew Gardens Rd, Ste 600
Kew Gardens, NY 11415
Tel: (718) 263-6800
Fax: (718) 520-9401
Email: bhirschhorn@sbagk.com

*Proposed Counsel to the Debtor*
*and Debtor-in-Possession*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK (BROOKLYN)
------------------------------------------------------------------X
In Re:

ECONOCRAFTS PLUS LLC

                        Debtor.
------------------------------------------------------------------X

Case No. 24-44842

Chapter 11
Subchapter V

## SUPPLEMENTAL DECLARATION IN SUPPORT OF DEBTOR'S APPLICATION TO EMPLOY SHIRYAK, BOWMAN, ANDERSON, GILL & KADOCHNIKOV, LLP AS COUNSEL TO THE DEBTOR AND DEBTOR IN POSSESSION

Btzalel Hirschhorn, Esq., pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1.       I am an associate with the law firm Shiryak, Bowman, Anderson, Gill & Kadochnikov, LLPS ("SBAGK") with an address of 80-02 Kew Gardens Rd. Ste. 600, Kew Gardens, NY 11415.

2.       I submit this supplemental declaration in further support of the application of Econocrafts Plus, LLC (the "Debtor"), for entry of an Order approving and authorizing the employment of SBAGK as its counsel in this Chapter 11 case effective as of November 19, 2024. The facts set forth herein are based upon my personal knowledge and my review of documents and information provided to me by the Debtor.

3.      On or about March 25, 2024, our office received a retainer payment of $10,000 in connection with the preparation and filing of the instant Chapter 11 bankruptcy filing. The payment was made by the responsible person and sole member of the Debtor Jonathan Czegledi.

4.      Although Mr. Czegledi is the individual that made the payment, the payment came from the Debtor. The payment did not come from Mr. Czegledi's personal funds. Furthermore, the Debtor will be the only party with responsibility to pay our firm's legal fees in this Chapter 11 case. Mr. Czegledi will be responsible to pay our firm only in his capacity as the sole member of the Debtor but will not have any personal obligations to pay SBAGK from personal or other non-Debtor funds.

5.      I declare that the foregoing is true and correct to the best of my knowledge, information, and belief.

6.      Executed under penalty of perjury this 30th day of December 2024.


Dated: December 31, 2024
          Kew Gardens, NY

                                        **SHIRYAK BOWMAN**
                                        **ANDERSON GILL &**
                                        **KADOCHNIKOV, LLP**

                                         _/s/ Btzalel Hirschhorn /s/_
                                        By: Btzalel Hirschhorn, Esq.
                                        _Proposed Counsel for the Debtor_
                                        80-02 Kew Gardens Road, Suite 600
                                        Kew Gardens, NY 11415
                                        (718) 263-6800