**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

In re:
**ECONOCRAFTS PLUS, LLC,**  Case No: **24-44842**

Chapter **11,** Subchapter V

Debtor(s)

---

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

---

On 8/28/2025, I did cause a copy of the following document, described below.

*First Amended Plan*
*Updated Liquidation Analysis*
*Order Setting Confirmation Hearing*

to be served for delivery by the United States Postal Service, via First Class Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of Stretto, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/28/2025

 /s/ Btzalel Hirschhorn
Btzalel Hirschhorn, Esq
Anderson, Bowman, Wallshein, PLLC
80-02 Kew Gardens Rd
Ste. 600
Kew Gardens, NY 11415
(718) 263-6800
Bhirschhorn@sbagk.com

*Counsel for Creditor Dandale Gardens, Inc.*

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK

In re:  
**ECONOCRAFTS PLUS, LLC,**            Case No: **24-44842**

Chapter **11,** Subchapter V

Debtor(s)

## CERTIFICATE OF SERVICE DECLARATION OF MAILING

On 8/28/2025, I did cause a copy of the following document, described below.

*First Amended Plan*
*Updated Liquidation Analysis*
*Order Setting Confirmation Hearing*

were deposited for delivery by the United States Postal Service, via First Class Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/28/2025

                                                               */s/ Naomi Rodriguez*
                                                               Naomi Rodriguez
                                                               c/o Stretto
                                                               410 Exchange Ste 100
                                                               Irvine, CA 92602

I certify that on August 28, 2025, I caused a copy of First Amended Plan, Updated Liquidation Analysis and Order Setting Confirmation Hearing to be served by First Class, United States mail service, with adequate postage to ensure delivery to:

EXHIBIT

AMERICAN EXPRESS NATIONAL BANK
C/O BECKET & LEE LLP
P.O. BOX 3001
MALVERN, PA 19355-0701

AMEX
P.O. BOX 297871
FORT LAUDERDALE, FL 33329

ANTON WERCBERGER, ESQ.
3611 14TH AVE, STE. 514
BROOKLYN, NY 11218

ATLUS RECEIVABLES MGMT
2121 AIRLINE DR, STE. 520
METAIRIE, LA 70001

BANK OF AMERICA
P.O. BOX 2759
JACKSONVILLE, FL 32203

CHASE ATTN: BANKRUPTCY
P.O. BOX 15298
WILMINGTON, DE 19850

CHASE CARD
P.O. BOX 15298
WILMINGTON, DE 19850

ECONOCRAFTS LLC
ATTN: JACOB FRIEDMAN
1427 42ND ST
BROOKLYN, NY 11219

ECONOCRAFTS LLC
29-47 RIVERSIDE AVE
NEWARK, NJ 07104

FIRST NATIONAL BANK OMAHA
1620 DODGE ST
OMAHA, NE 68102

FORCELLI DEEGAN TERRANA, LLP
C/O GERARD R LUCKMAN, ESQ.
333 EARLE OVINGTON BLVD, SUITE 1010
UNIONDALE, NY 11553

HATZLUCHAONRIVERSIDELLC
5308 13TH AVE, STE. 402
BROOKLYN, NY 11219

JONATHAN M CZEGLEDI
627 AVENUE M
BROOKLYN, NY 11230

JPMORGAN CHASE BANK, N.A.
C/O NATIONAL BANKRUPTCY SERVICES, LLC
P.O. BOX 9013
ADDISON, TEXAS 75001

JPMORGAN CHASE BANK, N.A.
C/O BUONAMICI & LARAUS, LLP
222 BLOOMINGDALE RD, STE. 301
WHITE PLAINS, NY 10605

KAPITUS
120 W 45TH ST
NEW YORK, NY 10036

NHON H. NGUYEN, ESQ.
2201 LIBBIE AVENUE
RICHMOND, VA 23230

OFFICE OF THE UNITED STATES TRUSTEE
EDNY
ALEXANDER HAMILTON CUSTOM HOUSE
ONE BOWLING GREEN, ROOM 510
NEW YORK, NY 10004-1408

PAYPAL
P.O. BOX 45950
OMAHA, NE 68145-0950

STAPLES, INC.
P.O. BOX 102419
COLUMBIA, SC 29224

SYNCHRONY BANK
170 ELECTION DRIVE, STE. 125
DRAPER, UT 84020

THE LEVITON LAW FIRM
1 PIERCE PLACE, STE. 725W
ITASCA, IL 60143

TRANSPORTATION ALLIANCE BANK INC.
4185 HARRISON BLVD, STE. 200
OGDEN, UT 84403

TRAURIG LAW LLC
ATTN: JEFFREY M. TRAURIG, ESQ.
ONE UNIVERSITY PLAZA, SUITE 124
HACKENSACK, NJ 07601

U.S. SBA
SBA DISASTER LOAN SERVICE
2 N 20TH ST, STE. 320
BIRMINGHAM, AL 35203