**EconoCrafts Plus LLC   24-44842-ESS**
**5 Year Projections**

|  | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|
| **Receipts** | | | | | |
| AR Collections | 382,500.00 | 382,500.00 | 386,325.00 | 390,188.25 | 394,090.13 |
| Online Sales | 12,500.00 | 12,625.00 | 12,751.25 | 12,878.76 | 13,007.55 |
| Rental Income | 24,168.00 | 24,168.00 | 24,168.00 | 24,168.00 | 24,168.00 |
| **Total Receipts** | 406,668.00 | 406,668.00 | 410,493.00 | 414,356.25 | 418,258.13 |
| **Disbursements** | | | | | |
| Purchases @35% | 138,250.00 | 138,293.75 | 139,676.69 | 141,073.45 | 142,484.19 |
| Payroll & Taxes | 118,800.00 | 121,176.00 | 123,599.52 | 126,071.51 | 128,592.94 |
| Rent | 82,224.60 | 82,224.60 | 83,457.97 | 84,709.84 | 85,980.49 |
| Utilities | 6,000.00 | 6,060.00 | 6,120.60 | 6,181.81 | 6,243.62 |
| Insurance | 1,450.32 | 1,464.82 | 1,479.47 | 1,494.27 | 1,509.21 |
| Office Expenses | 3,594.48 | 3,630.42 | 3,666.73 | 3,703.40 | 3,740.43 |
| Bank & Processing Fees | 3,000.00 | 3,030.00 | 3,060.30 | 3,090.90 | 3,121.81 |
| Website | 3,518.28 | 3,553.46 | 3,589.00 | 3,624.89 | 3,661.14 |
| Marketing | 6,000.00 | 6,120.00 | 8,000.00 | 8,160.00 | 8,323.20 |
| Shipping Expenses | 1,935.00 | 1,973.70 | 2,013.17 | 2,053.44 | 2,094.51 |
| Sales Tax | 1,800.00 | 1,800.00 | 1,800.00 | 1,800.00 | 1,800.00 |
| Miscellaneous | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 |
| **Total Disbursements** | 368,072.68 | 370,826.76 | 377,963.45 | 383,463.50 | 389,051.53 |
| Administrative Fees | 25,000.00 | | | | |
| Secured Claim | 20,000.00 | 20,000.00 | 20,000.00 | 20,000.00 | 20,000.00 |
| Unsecured Claims | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 |
| **Net Cash Flow** | (16,404.68) | 5,841.24 | 2,529.55 | 892.75 | (793.40) |
| **Beginning Cash** | 23,642.92 | 7,238.24 | 13,079.48 | 15,609.03 | 16,501.78 |
| **Ending Cash** | $ 7,238.24 | $ 13,079.48 | $ 15,609.03 | $ 16,501.78 | $ 15,708.38 |