# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

In re:
**ECONOCRAFTS PLUS, LLC,**

Case No: **24-44842**

Chapter **11,** Subchapter V

Debtor(s)

---

### DECLARATION OF MAILING CERTIFICATE OF SERVICE

---

On 8/28/2025, I did cause a copy of the following document(s), described below.

*Class 1 Ballot*

*Class 2 Ballot*

*Class 4 Ballot*

*Class 5 Ballot*

to be served for delivery by the United States Postal Service, via First Class Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of Stretto, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been

served electronically with the documents described herein per the ECF/PACER system.
DATED: 8/28/2025

 */s/ Btzalel Hirschhorn*
Btzalel Hirschhorn, Esq
Anderson, Bowman, Wallshein, PLLC
80-02 Kew Gardens Rd
Ste. 600
Kew Gardens, NY 11415
(718) 263-6800
Bhirschhorn@sbagk.com

*Counsel for Creditor Dandale Gardens, Inc.*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

In re:

**ECONOCRAFTS PLUS, LLC,**

Case No: **24-44842**

Chapter **11,** Subchapter V

Debtor(s)

## CERTIFICATE OF SERVICE DECLARATION OF MAILING

*On 8/28/2025, I did cause a copy of the following document(s), described below.*

*Class 1 Ballot*

*Class 2 Ballot*

*Class 4 Ballot*

*Class 5 Ballot*

were deposited for delivery by the United States Postal Service, via First Class Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/28/2025

*Charles Wheeler*

Charles Wheeler
c/o Stretto
410 Exchange Ste 100
Irvine, CA 92602

EXHIBIT

Class 1 Ballot
- Econocrafts LLC, c/o Jacob Friedman, 1427 42nd St, Brooklyn, NY 11219
- Econocrafts LLC, 29-47 Riverside Ave, Newark, NJ 07104

Class 2 Ballot
- JPMorgan Chase Bank, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001
- JPMorgan Chase Bank, N.A., c/o Buonamici & LaRaus, LLP, 222 Bloomingdale Rd, Ste. 301, White Plains, NY 10605

Class 4 Ballot
- Kapitus, 120 W 45th St, New York, NY 10036
- Chase Attn: Bankruptcy, P.O. Box 15298, Wilmington, DE 19850
- Chase Card, P.O. Box 15298, Wilmington, DE 19850
- HatzluchaOnRiversideLLC, 5308 13th Ave, Ste. 402, Brooklyn, NY 11219
- American Express National Bank, c/o Becket & Lee LLP, P.O. Box 3001, Malvern, PA 19355-0701
- Amex, P.O. Box 297871, Fort Lauderdale, FL 33329
- PayPal, P.O. Box 45950, Omaha, NE 68145-0950
- First National Bank Omaha, 1620 Dodge St, Omaha, NE 68102
- Synchrony Bank, 170 Election Drive, Ste. 125, Draper, UT 84020
- Bank of America, P.O. Box 2759, Jacksonville, FL 32203
- Staples, Inc., P.O. Box 102419, Columbia, SC 29224

Class 5 Ballot
- Jonathan M Czegledi, 627 Avenue M, Brooklyn, NY 11230